08/22/2007 16:19 5106373724 US ATTORNEYS OFFICE PAGE 02/03

SCOTT N. SCHOOLS (SC 9990)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

CHINHAYI J. COLEMAN (CSBN 194542)
Assistant United States Attorney

    1301 Clay Street, Suite 340-S
    Oakland, CA 94612
    Telephone: (510) 637-3924
    FAX: (510) 637-3724
    Email: chinhayi.j.coleman@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 07-00239 MJJ |
| Plaintiff, | ) | STIPULATION AND [PROPOSED] ORDER FOR CONTINUANCE AND EXCLUSION OF TIME |
| v. | ) | |
| JAMAR BARNES, | ) | Date: August 17, 2007 |
| Defendant. | ) | Time: 2:30 p.m. |
| | ) | Court: Honorable Martin J. Jenkins |

This matter was on calendar for status on Friday August 17, 2007 at 2:30 p.m. The parties jointly stipulate and request that the matter be continued to the new date of Friday, September 14, 2007 at 2:30 p.m. for status or change of plea, and further request that the time between August 17, 2007 and September 14, 2007 be excluded from calculations under the Speedy Trial Act, 18 U.S.C. Section 3161(h)(8)(A) and B(iv) for the following reasons. The defendant requires additional time to review discovery and conduct research and investigation into the pending charges, and the parties are continuing to engage in discussions regarding resolution of this matter.

STIPULATION AND [PROPOSED] ORDER RE CONTINUANCE AND TIME EXCLUSION
CR 07-00239 MJJ

For the foregoing reasons, the parties stipulate and agree that the ends of justice served by the continuance requested herein outweigh the best interests of the public and the defendant in a speedy trial because the failure to grant such a continuance would unreasonably deny the defendant adequate time to prepare, taking into consideration due diligence. The parties therefore stipulate and agree that this period of time should be excluded under the Speedy Trial Act, 18 U.S.C. §3161(h)(8)(A) and (B)(iv).

SO STIPULATED.

Dated: August 23, 2007

JOYCE LEAVITT
Assistant Federal Public Defender

Dated: August 23 2007

CHINHAYI J. COLEMAN
Assistant United States Attorney

### [PROPOSED] ORDER

Based on the reasons provided in the stipulation of the parties above, the court hereby FINDS that the ends of justice served by granting of the requested continuance outweigh the best interests of the public and the defendant in a speedy trial, and that the failure to grant the requested continuance would deny defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. See, 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

Based on these findings, IT IS HEREBY ORDERED THAT the hearing that was scheduled for August 17, 2007 shall be continued to September 14, 2007 at 2:30 p.m. for status or change of plea, and that the time from August 17, 2007 through September 14, 2007 shall be excluded for purposes of the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

IT IS SO ORDERED.

Dated 8/27/2007

MARTIN J. JENKINS
United States District Court

STIPULATION AND [PROPOSED] ORDER RE CONTINUANCE AND TIME EXCLUSION
CR 07-00239 MJJ

2