BARRY J. PORTMAN
Federal Public Defender
JOYCE LEAVITT
Assistant Federal Public Defender
555 12th Street, Suite 650
Oakland, CA 94607-3627
(510) 637-3500

Counsel for Defendant BARNES

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | No. CR 07-00239 MJJ |
| Plaintiff, | ) | |
| | ) | STIPULATION AND |
| v. | ) | ORDER RE: SELF-SURRENDER |
| | ) | |
| | ) | |
| JAMAR BARNES, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED, by and between the parties to this action, that Jamar Barnes may be permitted to leave New Bridge Foundation, where he is currently residing, on Sunday, July 6, 2008, so that he can travel to Bastrop, Texas, where he has been designated to serve his federal sentence, and self-surrender to the facility on Friday, July 11, 2008, at noon. The parties further stipulate that Mr. Barnes's mother, Charlotte Sylva, will act as his custodian from the time Jamar leaves New Bridge Foundation on July 6, 2008, until he self-surrenders to the federal facility in Bastrop, Texas on July 11, 2008.

The background is that although the Court recommended that Mr. Barnes be designated to a

facility in California, the Bureau of Prisons designated Mr. Barnes to FCI-Bastrop, in Bastrop, Texas, because the facilities in California were full. Mr. Barnes and his mother intend to drive from Oakland, California to Bastrop, Texas. According to information on MapQuest, Bastrop, Texas is almost 1832 miles away from Oakland, California, and should take approximately 27 1/2 hours to drive. If Mr. Barnes drives approximately 8 hours per day, it should take him 3 ½ days to drive from Oakland, California to Bastrop, Texas. If the Court allows Mr. Barnes leave New Bridge on Sunday, July 6, 2008, he will have 4 ½ days to travel which should provide sufficient time to address any unforeseen problems that may arise during the trip.

DATED: 6/27/08

/S/
_____
JOYCE LEAVITT
Assistant Federal Public Defender

DATED: 6/27/08

/S/
_____
CHINHAYI COLEMAN
Assistant United States Attorney

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

## ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that Jamar Barnes may be permitted to leave New Bridge Foundation, on Sunday, July 6, 2008 so that he can travel by automobile to Bastrop, Texas, to self-surrender to the facility there on July 11, 2008 at noon.

//

//

*U.S. v. Barnes*, CR 07-00239 MJJ
STIP. RE: SELF-SURRENDER                           - 2 -

1 | IT IS FURTHER ORDERED that Mr. Barnes's mother, Charlotte Sylva, shall act as his custodian from the time Jamar leaves New Bridge Foundation on July 6, 2008, until the time that he self-surrenders to the federal facility in Bastrop, Texas on July 11, 2008.

SO ORDERED.

DATED:   7/2/08                       _____
                                      HONORABLE SAUNDRA BROWN ARMSTRONG
                                      United States District Judge