United States District Court
Northern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>JAMAR BARNES,<br><br>　　　　　Defendant. | Case No.: 07-cr-0239-YGR (KAW)<br><br>ORDER MODIFYING CONDITIONS OF SUPERVISED RELEASE |

On May 30, 2013, the Court held a hearing on Defendant Jamar Barnes' application in support of his request to be allowed to travel to New York City to film a pilot program for a television cooking show.

At the hearing, Assistant United States Attorney Brigid Martin appeared on behalf of the government. Defendant was present and represented by his attorney, Lupe Martinez. Probation Officer Shaheen Shan was also present at the hearing. The Court ordered Defendant to take a drug test immediately after the hearing. Defendant did so, and the test was negative.

Based on the evidence submitted in support of Defendant's application and the proffers of the parties and probation, the Court finds by clear and convincing evidence that Defendant is not a danger to the community or to himself, or a flight risk, so long as he continues to abide by his current conditions of supervised release and maintains communication with his Probation Officer.

Therefore, it is hereby ORDERED that Defendant's application is granted. Defendant may travel from New York City from June 10, 2013 through June 20, 2013 for the purpose of filming a pilot for a cooking program through Chefs in the Kitchen Production Services.

Per defense counsel's representation at the hearing, Defendant may be able to return before June 20, 2013. Therefore, the Probation Officer may modify the exact dates of Defendant's

1

1  departure and return.  Before departing, Defendant shall provide his travel itinerary, including all
2  flight and hotel infomation, to the Probation Officer and report telephonically or by email as
3  requested by the Probation Officer.  Defendant shall report to the Probation Officer on the next
4  business day after his return to the Northern District of California.
5       Failure to comply with this order may result in contempt proceedings and/or a supervised
6  release violation against Defendant, as well as denials of future travel requests.  Defendant must
7  continue to comply with all other conditions of his supervised release.
8       IT IS SO ORDERED.

10  Dated: May 31, 2013

                                                                    _____
                                                                    KANDIS A. WESTMORE
                                                                    United States Magistrate Judge