LUPE MARTINEZ, CSBN 49620
Attorney at Law
1010 West Taylor Street
San Jose, California 95126
TEL: (408) 971-4249
FAX (408) 286-5705
martinez-luna@sbcglobal.net

Attorney for Defendant
Jamar Barnes

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> ) <br> JAMAR BARNES, ) <br> ) <br> Defendant. ) <br> ———————————————— ) | No. CR 07-00239-YGR (KAW) <br><br> STIPULATION TO CONTINUE STATUS CONFERENCE <br><br> [~~PROPOSED~~] ORDER <br><br> **Honorable Yvonne Gonzalez Rogers** <br> United States District Judge |

Defendant and the government, through their respective counsel, Lupe Martinez and Brigid Martin, hereby stipulate that the status conference presently set for June 27, 2013 be continued to July 18, 2013 at 2:00 p.m. to permit defendant's discovery motion to be heard before Magistrate Judge Kandis A. Westmore on July 9, 2013.  Review of chain-of-custody documents relating to the allegations in the June 13, 2013 Amended Petition for supervised release violations may obviate the need for a hearing.

So Stipulated.

Stipulation and Proposed Order
To Continue Status Conference

- 1 -

Dated: June 25, 2013

s/s Lupe Martinez
_____
LUPE MARTINEZ
Attorney for Jamar Barnes

Dated: June 25, 2013

s/s
_____
BRIGID MARTIN
Assistant United States Attorney

ORDER

GOOD CAUSE APPEARING,

IT IS ORDERED that he status hearing set for June 27, 2013 is continued to July 18, 2013 at 2:00 p.m.

Dated: June 25 , 2013

_____
HONORABLE YVONNE GONZALEZ ROGERS
United States District Judge

Stipulation and Proposed Order
To Continue Status Conference

- 2 -